UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY L. DOTEY, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-3650** |
| **TANGIPAHOA PARISH** | **SECTION: "S" (1)** |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, the Parish of Tangipahoa, and against the plaintiff, Larry L. Dotey, Sr., **DISMISSING** the complaint.

New Orleans, Louisiana, this  14th  day of July, 2011.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE